Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vikki Lee Vega,<br><br>    Plaintiff,<br><br>    v.<br><br>Parkview Julian, LLC and Bakersfield SNF, LLC,<br><br>    Defendants. | Case No. 1:23-cv-01393-CDB<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT BAKERSFIELD SNF, LLC ONLY WITH PREJUDICE** |

   Plaintiff Vikki Lee Vega and Defendants Parkview Julian, LLC and Bakersfield SNF, LLC hereby stipulate and agree to dismiss **Bakersfield SNF LLC only** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs. Nothing in this stipulation shall affect defendant Parkview Julian, LLC, which remains active in the case.

   Respectfully submitted,

   Dated: June 14, 2024

                                                        Law Office of Rick Morin, PC

                                                        _____
                                                        By: Richard Morin
                                                        Attorney for Plaintiff

---
1
STIPULATION FOR DISMISSAL

1  Dated: June 14, 2024

Wagner Jones Helsley PC

/s/ Giulio A. Sanchez
Giulio A. Sanchez
Attorneys for Defendants
Parkview Julian, LLC and
Bakersfield SNF, LLC