Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vikki Lee Vega,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Parkview Julian, LLC and Bakersfield SNF, LLC,<br><br>　　　　Defendants. | Case No. 1:23-cv-01393-CDB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

　　　　Plaintiff Vikki Lee Vega and Defendant Parkview Julian, LLC hereby stipulate and agree to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant Bakersfield SNF, LLC was previously dismissed by stipulation at ECF 21.

　　　　Respectfully submitted,

Dated: August 8, 2024　　　　　　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: August 8, 2024     Wagner Jones Helsley PC

/s/ Giulio A. Sanchez
Giulio A. Sanchez
Attorneys for Defendants
Parkview Julian, LLC and
Bakersfield SNF, LLC